# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES 5310
JOSHUA JOSE,

        Appellant,

vs.

NATIONSTAR MORTGAGE, LLC,

        Respondent.

No. 78276

**FILED**

SEP 18 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____ DEPUTY CLERK

## *ORDER DISMISSING APPEAL AS ABANDONED*

After the settlement judge reported that the parties had agreed to a settlement, this court entered an order directing appellant to file a stipulation or motion to dismiss this appeal or otherwise inform this court of the status of this appeal within 60 days. To date, appellant has not responded to our order or otherwise communicated with this court. Accordingly, cause appearing, we dismiss this appeal as abandoned.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Nancy L. Allf, District Judge
       Janet Trost, Settlement Judge
       Kerry P. Faughnan
       Akerman LLP/Las Vegas
       Eighth District Court Clerk

19-38922